WILLIAM A. VAN METER, ESQ.
State Bar No. 2803
P.O. Box 6630
Reno, Nevada  89509            Electronically Filed on:  September 29, 2010
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.:  BK-N 10-50526-GWZ |
| DAVID FREDERICK MILLER<br>TERRIE LYNN MILLER, | Chapter 13 |
| | **TRUSTEE'S MOTION TO DISMISS** |
| Debtors. | Date:   November 5, 2010<br>Time:   2:00 pm<br>Time Required:  (1  Minute) |

## MOTION TO DISMISS

The Trustee requests that the court enter an order of dismissal in this Chapter 13 case.  This Motion is brought pursuant to, 11 U.S.C. §§ 102, 1307(c), Fed. R. Bankr. 1017(f), and the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

At the request of a party in interest, a Chapter 13 case may be dismissed for cause.  11 U.S.C. § 1307(c).  The Bankruptcy Code provides a nonexclusive list of items that may constitute cause for dismissal of a Chapter 13 case.  More specifically, Section 1307 of the Bankruptcy Code provides as follows:

(c)   Except as provided in subsection (e) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause, including
   (1) unreasonable delay by the debtors that is prejudicial to creditors;
      …
   (3) failure to file a plan timely under section 1321 of this title;
   (4) failure to commence making timely payments under section 1326 of this title;
   (5) denial of confirmation of a plan under section 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan;
   (6) material default by the debtors with respect to a term of a confirmed plan;
      …
   (8) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan other than completion of payments under the plan . . ..
   (11)  failure to pay a postconfirmation domestic support obligation . . .;

    . . .
(e)    . . . failure of the debtor to file a tax return under section 1308.

A Chapter 13 case that was filed on or after October 17, 2005 is also subject to automatic dismissal five (5) days following a request of a party in interest to dismiss the case based on the Debtor's failure to file documents described in 11 U.S.C. § 521(a)(1) within forty-five (45) days of the petition date. 11 U.S.C. § 521(i). The Court may also dismiss a case filed on or after October 17, 2005 based on the Debtor's failure to provide the Trustee with specified tax returns within 7 days of the 341 hearing. 11 U.S.C. § 521(e)(2)(B).

The Trustee believes that the Debtors' Chapter 13 case should be dismissed, or alternatively, if the Court deems it is in the best interests of creditors and the estate, convert the case to Chapter 7 for the following reasons:

The Debtor's plan payments are in default. Based on the Trustee's records on the date this Motion was prepared, the status of the case is as follows:

| | |
|---|---|
| Date case filed: | **02/23/2010** |
| Date plan confirmed (if confirmed): | **05/07/2010** |
| Plan Payment: | **$ 475.00** |
| Amount Due: | **$2,850.00** |
| Amount Received: | **$1,900.00** |
| Delinquency: | **$950.00** |
| Approximate months delinquent: | **2** |

**As time passes, the above delinquency calculation may change if additional plan payments are not made**. The Trustee will, upon request, provide updated information. Updated information regarding payments received is also available on line at the Trustee's website: www.reno13.com. The delinquency is calculated as of the date this document was filed. In addition this calculation does **not** include the current month's payment.

Other: The Debtor withdrew the Plan August 20, 1010, to date an amended plan has not been filed.


Dated: September 29, 2010

                                        /S/ WILLIAM A. VAN METER
                                      WILLIAM A. VAN METER, ESQ.

# CERTIFICATE OF NOTICE

```
District/off: 0978-3           User: wenszellg              Page 1 of 2                   Date Rcvd: Sep 30, 2010
Case: 10-50526                 Form ID: pdf945              Total Noticed: 39

The following entities were noticed by first class mail on Oct 02, 2010.
db/jdb         +DAVID FREDERICK MILLER,   TERRIE LYNN MILLER,    PO BOX 54,    FERNLEY, NV 89408-0054
5674107        +AMERICAN PREMIUM FINANCE CORPORATION,    Acct No xxxx0559,    PO BOX 1331,    Madison, MS 39130-1331
5674108         AWA Collections,   Acct No xxxx4163,    PO Box 6605,    Orange, CA 92863-6605
5674106        +Allied Interstate,    Acct No xxxx0001,    Consumer Services Dept,    PO Box 361477,
                 Columbus, OH 43236-1477
5674109        +B&P COLLECTION SERVICE,    Acct No xxxx4694, xxxx8979,    816 S CENTER ST,    Reno, NV 89501-2306
5674110        +Banner Churchill Comm Hosp,    Acct No xxxx5879,    PO Box 18,    Phoenix, AZ 85001-0018
5674111        +Beneficial Finance,    Acct No xxxx3744,    P.O. Box 60101,    City Of Industry, CA 91716-0101
5674114         CHECKNET,   Acct No xxxx2835,    PO BOX 150,    Provo, UT 84603-0150
6120901         CHECKNET INC,    746 EASTG 1910 SOUTH, SUITE #3,    PROVO, UT 84606
6120903        +CHECKNET INC.,    746 EAST 1910 SOUTH, SUITE #3,    PROVO, UT 84606-6225
5674115         CURVES-FERNLEY,    1420 HWY 95A NORTH,    STE 2,   Fernley, NV 89408
5674116        +DOLLAR LOAN CENTER,    Acct No xxxx8268, xxxx2690,    1201 PENNY LANE,    STE 160,
                 Fernley, NV 89408-8943
5674117         FINANCIAL INDEPENDENCE & RESOURCE EDUC,     Acct No 9059,    250 TEQUESTA DR,    STE 304,
                 Jupiter, FL 33469-2766
5674118        +Firstsource,   Acct No xxxxx1053,    7650 Magna Dr,    Belleville, IL 62223-3366
5674120         HSBC,   Acct No xxxx4279,    PO Box 5244,    Carol Stream, IL 60197-5244
5674119         Home Depot Credit Services,    Acct No xxxx6217,    PO Box 182676,    Columbus, OH 43218-2676
5674121       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    Acct No xxxxxx4187,    ACS Support,
                 PO Box 24017,    Fresno, CA 93779-4017)
5674123         Maverick Finance,    Acct No xxxx9131,    22 E Main St Ste 102,    Fernley, NV 89408
5674125         Northern Nevada Medical Center,    Acct No xxxx5224,    PO Box 31001-0827,
                 Pasadena, CA 91110-0827
5674126        +Northland Group, Inc.,    Acct No xxxx6217,    PO Box 390905,    Minneapolis, MN 55439-0905
5674127        +Orchard Bank,    Acct No xxxx4279,    PO Box 60102,    City of Industry, CA 91716-0102
5838597        +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
                 NORFOLK VA 23541-0914
5674129        +SFC OF NEVADA, LLC,    Acct No 9131,    192 E MAIN STREET,    STE 7,   Fernley, NV 89408-7720
5674130        +Sun Loan,   Acct No xxxx3095,    2217 Oddie Blvd,    Sparks, NV 89431-7573
5674131         Target National Bank,    Acct No xxxx8067,    PO box 673,    Minneapolis, MN 55440-0673
5674134         VSA CASH SERVICES,    Fernley, NV 89408
5731607        +WELLS FARGO BANK, N.A.,    ONE HOME CAMPUS, MAC ID # X2302-04C,     DES MOINES, IA 50328-0001
5724169        +Wells Fargo Bank NA,    4137 121st Street,    Urbandale IA 50323-2310
5674135         Wells Fargo Financial,    Acct No xxxx6559,    PO Box 89784,    Las Vegas, NV 89193-8784
5674136         Wells Fargo Home Mortgage,    Acct No xxxxxx8294,    PO Box 51965,    Los Angeles, CA 90051-6265
The following entities were noticed by electronic transmission on Oct 01, 2010.
cr             +E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2010 04:20:59
                 RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 S.E. SECOND AVENUE,
                 INGRAHAM BUILDING, SUITE 1120,    MIAMI, FL 33131-1506
5674112         E-mail/Text: ngoodman@cashcall.com                            CASHCALL,    Acct No xxxx8636,
                 17360 BROOKHURST ST,    Fountain Valley, CA 92708
5674113        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com                            CASHNET USA,
                 Acct No xxxx9612,    2225 GREEN VISTA DRIVE,    STE 305,    Sparks, NV 89431-8507
6133413         E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2010 04:26:57     GE MONEY BANK,
                 ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 960061,    ORLANDO FL 32896-0661
5809721         E-mail/PDF: rmscedi@recoverycorp.com Oct 01 2010 04:20:59
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
5714004        +E-mail/Text: ebn@phinsolutions.com                            Rjm Acquisitions Llc,
                 575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
5674128        +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2010 04:27:01     Select Comfort,    Acct No xxxx6488,
                 P.O. Box 981439,    El Paso, TX 79998-1439
5674132        +E-mail/Text: bnc@ursi.com                            United Recovery Systems,    Acct No xxxx4279,
                 5800 North Course Dr,    Houston, TX 77072-1613
5674133        +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 01 2010 04:17:06     Verizon,
                 Acct No xxxx0001,    PO Box 96088,    Bellevue, WA 98009-8800
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5674122     ##LELAND SCOTT AND ASSOCIATES,    Acct No xxxx5752,    PO BOX 2205,    Mansfield, TX 76063-0040
5674124    ##+MERIMAC CAPITAL,    Acct No xxxx0367,    201 MAIN STREET,    STE 1000,    Fort Worth, TX 76102-3109
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0978-3         User: wenszellg          Page 2 of 2                Date Rcvd: Sep 30, 2010
Case: 10-50526               Form ID: pdf945          Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2010**                    Signature:    _/s/ Joseph Speetjens_